# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-3382-WJM-MEH

MATTHEW BUCK,

    Plaintiff

v.

HASBRO, INC.,

    Defendant.

---

## DECLARATION OF ROBERT TURNER IN SUPPORT OF HASBRO, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV P. 12(b)(1), 12(b)(2) AND 12 (b)(6)

    I, Robert Turner, being of lawful age and duly sworn according to law, upon his oath state the following:

    I declare that the following is within my knowledge and is true and correct:

    1.    My name is Robert Turner. My position at Hasbro, Inc. ("Hasbro") is Managing Attorney, Global Litigation & Privacy.

    2.    Hasbro is a Rhode Island corporation with its principal place of business in Pawtucket, Rhode Island.

    3.    Hasbro owns the copyrights related to the Decepticon and Autobot logos, as well as the "Decepticon Soundwave," the "Autobot Bumblebee," and the "Autobot Optimus Prime" images (collectively, "Transformer images"), which I understand Plaintiff Matthew Buck ("Buck") seeks to apply to hockey pads he intends to have privately manufactured for his own use.

Copies of the Transformers images next to the images that Buck included in his complaint can be found at Exhibit A hereto.

4. Buck contacted Hasbro at its email address at Permissions@hasbro.com seeking permission to use Hasbro's Transformer images on his hockey pads.

5. A Hasbro representative that is employed in Pawtucket, Rhode Island reviewed the request, which Hasbro denied. For purposes of clarity, due to work at home rules during the pandemic, the employees involved likely were working from home when any decisions were made or actions taken, which could mean that they were in Massachusetts at that time, depending upon the employee involved.

6. Hasbro's general counsel and its deputy general counsel have their business offices in Pawtucket, Rhode Island.

7. Accordingly, all communications and decisions regarding Buck's request for permission from Hasbro to use the Transformer images were made and communicated in either Rhode Island or, due to COVID restrictions, Massachusetts.

8. Hasbro has not registered to do business in Colorado with the Colorado Secretary of State and does not maintain a registered agent for service of process in Colorado.

9. Hasbro does not maintain a salesforce in Colorado or employ any employees in the state, and has not had a physical presence in the state since 2019. The only exception is that Hasbro may, from time to time, retain temporary workers or independent contractors to help retailers in the state during the holiday season, as Hasbro sometimes does in states throughout the country.

10. Hasbro also does not own any real property in the state.

11. Hasbro's only present connection to Colorado is that retailers sell Hasbro product in the state, and residents in Colorado may shop for Hasbro product online, although any online purchases still must go through an authorized retailer. Hasbro does not specifically target Colorado or Colorado residents in connection with those sales.

FURTHER AFFIANT SAYETH NAUGHT.

Robert Turner
Managing Attorney, Global Litigation & Privacy

SUBSCRIBED AND SWORN to before me by Robert C turner on this 12th day of January, 2021.

WITNESS my hand and seal.

Douglas P Frongillo
Notary Public

My commission expires: 2/10/2023

Douglas P. Frongillo
Notary Public, Rhode Island
My Commission Expires February 10 2023
Notary I.D. 44636