**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-3382-MEH-WJM

MATTHEW BUCK,
Plaintiff

v.

HASBRO, INC.,
Defendant

---

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

# CONFERRAL STATEMENT

**Pursuant to D.C.COLO.LCivR 7.1, the parties have conferred prior to the Plaintiff's filing of this motion.**

COMES NOW, the Plaintiff, pro se, with this motion pursuant to FRCP 15, for motion for leave to file an amended complaint. Attached to this motion, is the amended complaint, and a letter from Brian's manufacturing which the Plaintiff believes addresses the case and controversy issues asserted in the Defendant's motion to dismiss.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

Plaintiff believes that the additional paragraphs address the Defendant's concerns with the original complaint, and the substance of the Defendant's other arguments can be addressed in a response to what Plaintiff expects will be a renewed motion to dismiss.

For all of these reasons, Plaintiff respectfully asks the court to grant his motion for leave to amend, and accept the attached complaint as the new operative complaint.

DATED: February 2, 2021.

Respectfully submitted,
*/S Matthew W Buck*
*Pro Se*
144 W. 11th Ave
Denver, CO 80204
matt@red.law
720-507-1884

## **CERTIFICATE OF SERVICE**

      I, Matthew W Buck, hereby certify that on February 2, 2021, I served a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, and its attachments, with this court and on opposing counsel through the court's ECF filing system.

                                                          */S Matthew W Buck*