IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 20-cv-3382-WJM-MEH

MATTHEW WILLIAM BUCK,

    Plaintiff,

v.

HASBRO, INC.,

    Defendant.
_____

# ORDER ADOPTING APRIL 5, 2021 RECOMMENDATION OF
# UNITED STATES MAGISTRATE JUDGE
_____

This matter is before the Court on the April 5, 2021 Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 43) that Defendant's Motion to Dismiss (ECF No. 33), be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 43 at 9.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 43) is ADOPTED in its entirety;

(2) Defendant Hasbro, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and, Alternatively, 12(b)(6) (ECF No. 33) is GRANTED for lack of personal jurisdiction;

(3) Plaintiff's claims are DISMISSED WITHOUT PREJUDICE on that basis;

(4) The Clerk shall terminate this case; and

(5) Each party shall bear their own costs.

Dated this 4th day of May, 2021.

BY THE COURT:

William J. Martinez
United States District Judge