IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3382-WJM-MEH

MATTHEW WILLIAM BUCK,

    Plaintiff,

v.

HASBRO, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting April 5, 2021 Recommendation of United States Magistrate Judge [ECF 45] entered by United States District Judge William J. Martínez on May 4, 2019, which adopted the Magistrate Judge's Recommendation [ECF 43] in its entirety and granted Defendant Hasbro, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and, Alternatively, 12(b)(6) [ECF 33], it is hereby

ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction. It is further

ORDERED that final judgment is hereby entered in favor of Defendant, Hasbro, Inc. and against Plaintiff, Matthew William Buck. It is further

ORDERED that each party shall bear their own costs. It is further

1

ORDERED that this case will be closed.

DATED at Denver, Colorado this <u>4th</u> day of May, 2021.

> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> *s/ Robert R. Keech*
> Robert R. Keech,
> Deputy Clerk